# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re: §
§
**Summer Breeze Partners, LP, A Colorado Partnership** § Case No.: **10-37939**
§
§
Debtor(s) §
§

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

- ■ is the first mail matrix in this case.

- ☐ adds entities not listed on previously filed mailing list(s).

- ☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

- ☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date: **November 8, 2010**  **/s/ Chase Fonteno**
**Chase Fonteno**/**Managing Partner of General Partner**
Signer/Title

Date: **November 8, 2010**  **/s/ Eric A. Liepins**
Signature of Attorney
**Eric A. Liepins 12338110**
**Eric A. Liepins P.C.**
**12770 Coit Road**
**Suite 1100**
**Dallas, TX 75251**
**972-991-5591   Fax: 972-991-5788**

**02-2274428**
Debtor's Social Security/Tax ID No.

Joint Debtor's Social Security/Tax ID No.

Bill Daly
1001 Van Cortlandt Court
El Dorado Hills, CA 95762

Chase Fonteno
400 N. St. Paul Street
Suite 1400
Dallas, TX 75202

Dallas County
500 Elm Street
Dallas, TX 75202

Ed Grinnell
1000 Van Cortlandt Court
El Dorado Hills, CA 95762

Hilton Head Properties
400 N. St. Paul
Suite 1400
Dallas, TX 75202

Rollins Rent A Fence
2815 Westminster
Dallas, TX 75205

William Trantham
1700 University
Denton, TX 76201